UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 8 2011 ★
BROOKLYN OFFICE

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    - against -

GRYPHON HOLDINGS, INC., ET AL.,

    Defendants and Relief Defendants.

No. 10 Civ. 1742

ORDER

---

The Court, having heard argument on April 6, 2011 on defendant Baldwin Anderson's objection to the Report and Recommendation of Magistrate Judge James Orenstein, dated March 15, 2011 (docket entry 228), the Court hereby orders that the Report and Recommendation is accepted in its entirety for the reasons stated therein; and the Court further orders that defendant Baldwin Anderson's motion for the release of $2,957.21 from frozen assets, dated March 9, 2011 (docket entry 222), is hereby denied.

SO ORDERED

The Honorable Jack B. Weinstein
United States District Judge

Date: 4/7, 2011
Brooklyn, New York

